IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WARNER BROS. ENTERTAINMENT INC., et al., | ) ) ) | CV 06-00289 JMS/KSC |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| ORLANDO J. AUSTIN aka Orlando Augustin, | ) ) ) | |
| Defendant(s). _____ | ) ) | |

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 11, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 29, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge